IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

SHANNON MARIE JOHNSON,

    Plaintiff,

v.        CIVIL ACTION NO. 1:03CV222
        (BROADWATER)

PRUNTYTOWN CORRECTION CENTER;
WARDEN JAMES IELOPI;
CORRECTIONAL OFFICER- JUDY GRINNON;
CORRECTIONAL OFFICER- JONNIE REXROAD;
DIRECTOR OF MEDICAL- ROY WHITE; and
MEDICAL STAFF (full names unknown at this time),

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge John S. Kaull, dated April 28, 2005. The petitioner did not file objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby ORDERED adopted.

The Court, therefore, ORDERS that this action be DISMISSED with prejudice, based on the reasons set forth in the Magistrate Judge's Report and Recommendation, and STRICKEN from the active docket of this Court.

It is so ORDERED.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this **4th** day of January 2006.

W. Craig Broadwater
_____
W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE